**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACK BATTAGLIA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRE SELECT HOTELS CORP.,<br><br>Defendant. | Civil Action No.: 17-cv-01046-MKB-ST |

**ORDER APPROVING THE FINAL DISTRIBUTION**
**OF THE SETTLEMENT FUND AND**
**APPROVING PAYMENT OF SETTLEMENT ADMINISTRATION COSTS**

The Court having reviewed all papers submitted in connection with Plaintiff's Motion for an Order Approving the Final Distribution of the Settlement Fund and Approving Payment of Settlement Administration Costs (the "Motion"), it is hereby ORDERED, as follows:

1. The Court approves the procedures used and actions taken by Kurtzman Carson Consultants ("KCC") and Class Counsel for the administration of the Settlement as described in the motion and Declaration of Lee Squitieri dated August 7, 2020 ("Squitieri Decl.") and the Declaration of Justin Hughes dated July 29, 2020 ("Hughes Decl.").

2. The Court approves Plaintiff's request for payment to KCC in the amount of $39,332.74 for fees and costs incurred in connection with administration of the Settlement, as set forth in the Squitieri Decl. at ¶¶ 11, 12 and the Hughes Decl. at ¶¶ 15, 17 and the invoices submitted therewith.

3. The Court approves KCC's determination of "Eligible Claims" at Exhibit A-1 of the Hughes Declaration and also approves the administrative determination to exclude the claims

of persons or entities set forth in the list of "Rejected Claims" set forth as Exhibit A-2 to the Hughes Decl.

4. The Court ORDERS that payment be made to those Authorized Claimants in accordance with the approved Plan of Allocation and as reflected at Exhibit A-1.

5. The Court directs that distribution checks for Authorized Claimants shall bear the notation "Non-Negotiable After 90 Days," and that no check shall be negotiated in the Net Settlement Fund more than 90 days after the date of the check.

6. The Court authorizes payment of KCC's outstanding balance on its "Final Invoice" as reflected at Hughes Decl. Exhibit A.

7. If there is any balance remaining in the Net Settlement Fund as described in Hughes Decl. ¶ 16(a)(i), (ii) and (iii), such balance shall be donated to New York Legal Assistance Group.

8. The Court authorizes KCC to destroy all correspondence, one year after the final distribution of the Net Settlement Fund to Authorized Claimants, and to destroy the Payable Claims and Non-Payable Claims Listings and the computer database (complied from the claim forms and related correspondence) three years after the final distribution to Authorized Claimants.

SO ORDERED.

Signed this 25 day of September, 2020.

s/ MKB 9/25/2020
MARGO K. BRODIE
United States District Court Judge